414 A.2d 350

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Robert MIMS, Appellant.**

Supreme Court of Pennsylvania.

Argued April 24, 1980.

Decided May 30, 1980.

Louis Lipschitz, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., for appellant.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order affirmed.